# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

MELANIE MARCHE, et al.,

                         Plaintiffs,

      v.

HUNTINGTON BANCSHARES, INC. et al.,

                         Defendants.

Case No. 1:21-cv-00750-JG

JUDGE JAMES S. GWIN

---

The Court approved settlement on September 8, 2021. This action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: September 8, 2021                _s/_      _James S. Gwin_
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE